The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PETER MANNING and AARON BARFIELD, Citizens of Washington State<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, U.S. Attorney General, U.S. DEPARTMENT of JUSTICE, JAY INSLEE, Governor of the State of Washington, LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON STATE, JANE RUSHFORD, Chair of the Liquor and Cannabis Board, RICK GARZA, Director of the Liquor and Cannabis Board<br><br>Defendants. | NO. 3:21-cv-05308-RSM<br><br>ORDER GRANTING INDIVIDUAL STATE DEFENDANTS' MOTION TO DISMISS |

Upon consideration of the Individual State Defendants' Motion to Dismiss, the various memorandum filed by the parties, applicable law, and the entire record herein, it is hereby

**ORDERED** that the motion is granted and it is further;

**ORDERED** that Plaintiffs' claims against The Honorable Jay Inslee, Governor of the State of Washington; Jane Rushford, Chair of the Liquor and Cannabis Board; and Rick Garza, Director of the Liquor and Cannabis Board are hereby **DISMISSED** with prejudice.

**SO ORDERED.**

DATED this 8th day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Michelle A. Carr*
MICHELLE A. CARR, WSBA # 53647
*Assistant Attorney General*
1125 Washington Street SE
PO Box 40110
Olympia, WA 98504
Michelle.Carr@atg.wa.gov
LalOlyEF@atg.wa.gov
(360) 586-2644

Counsel for Individual
State Defendants